JOHN M. SORICH (CA Bar No. 125223)
John.Sorich@piblaw.com
MARIEL A. GERLT-FERRARO (CA Bar No. 251119)
mariel.gerlt-ferraro@piblaw.com
DAVID M. LIU (CA Bar No. 216311)
David.Liu@piblaw.com
PARKER IBRAHIM & BERG LLC
695 Town Center Drive, 16th Floor
Costa Mesa, California 92626
Tel:  (714) 361-9550
Fax: (714) 784-4190

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIVAL DIMAS, an individual; JULIA Z. LOPEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 5:17-cv-05205-SVK<br><br>JUDGE: U.S. District Judge Lucy H. Koh<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(b)(6)**<br><br>DATE:     February 8, 2018<br>TIME:      1:30 p.m.<br>CRTM:    8 – 4TH Floor<br><br>**ACTION FILED:** July 7, 2017<br>**REMOVED:**        September 7, 2017 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant JPMorgan Chase Bank, N.A. ("Defendant"), hereby requests that in connection with its Motion to Dismiss the First Amended Complaint Pursuant to Fed. R. Civ. Proc. 12(b)(6), that this Court take judicial notice, pursuant to Federal Rules of Evidence, Rules 201(b), 201(c), and 201(d) of the following documents:

1.  A true and correct copy of the Deed of Trust and Assignment of Rents recorded on September 14, 2006, in the Official Records of Santa Clara County as instrument number 19103076, attached hereto as Exhibit ("Ex.") 1.

2.  A true and correct copy of the Substitution of Trustee and Assignment of Deed of Trust recorded on September 23, 2010, in the Official Records of Santa Clara County as instrument number 20886295, attached hereto as Ex. 2.

3.  A true and correct copy of the Deed of Trust recorded on December 28, 2006, in the Official Records of Santa Clara County as instrument number 19243852, attached hereto as Ex. 3.

4.  A true and correct copy of the Purchase and Assumption Agreement dated September 25, 2008, attached hereto as Ex. 4.

5.  A true and correct copy of the Trustee's Deed Upon Sale recorded on November 18, 2011, in the Official Records of Santa Clara County as instrument number 21428297, attached hereto as Ex. 5.

6.  True and correct copies of the PACER Case Locator for the United States Bankruptcy Court, Northern District of California, attached hereto as Ex. 6.

7.  A true and correct copy of the Deed of Trust recorded on November 30, 2005, in the Official Records of Santa Clara County as instrument number 18699324, attached hereto as Ex. 7.

8.  A true and correct copy of the Deed of Trust recorded on April 30, 2007, in the Official Records of Santa Clara County as instrument number 19404931, attached hereto as Ex. 8.

9.  A true and correct copy of the Trustee's Deed Upon Sale recorded on February 12, 2010, in the Official Records of Santa Clara County as instrument number 20610280, attached hereto as Ex. 9.

Federal Rule of Evidence 201 authorizes a court to take judicial notice of facts that are "not subject to reasonable dispute" and "either (1) are generally known within the territorial jurisdiction for the trial court or (2) are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid., Rule 201. Judicial notice is mandatory if it is "requested by a party and [the Court is] supplied with the necessary information." *Id*.

Courts routinely take judicial notice of court records and other governmental documents.

1  *See, e.g. Allen v. U.Fin. Mortg. Corp,* 660 F.Supp.2d 1089, 1093-94 (N.D. Cal. 2009).  As such, this Court should take judicial notice of the documents attached hereto as Exhibits 1-9, which are subject to judicial notice.

DATE:   October 16, 2017          PARKER IBRAHIM & BERG LLC


                                  BY:      */S/ DAVID M. LIU*
                                        JOHN M. SORICH
                                        DAVID M. LIU
                                        Attorneys for Defendant
                                        JPMORGAN CHASE BANK, N.A.